UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JAN 22 AM 10:56
DISTRICT OF UTAH

In re:

JAKE WILLIAMS, AND NICHOLE ALLEN

Debtor(s).

Chapter 7

Case No. 05-36279

TRANSFER OF CLAIM AND
WAIVER OF NOTICE TO OBJECT
BANKRUPTCY RULE 3001(e)(2)

PLEASE TAKE NOTICE that the general unsecured claim of Dr. Derry L. Brinley (underlying creditor or Transferor), against the above captioned Debtor in the amount of 64.00, as stated on the proof of claim filed by the creditor and all claim(s) of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to EPLO. The signature of the Transferor on this document is evidence of the transfer of the claim(s) and all associated rights to the claim(s). Transferor hereby waives notice to object as described by Bankruptcy Rule 3001(e)(2)

I, as the authorized undersigned Transferor of the above described claim, hereby assign and transfer the herein referenced claim and all rights there under to EPLO upon terms as set forth in the Claim Purchase Agreement. I represent and warrant that the original claim is not less than $64.00 and has not been previously objected to, sold or satisfied. Other than as stated above, EPLO assumes all risks associated with the debtor's ultimate payment, if any upon the claim. I agree that upon request, I will deliver to EPLO any correspondence or payment received after the date of this agreement and any supporting materials (if requested by EPLO) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from the Transferor to that of the Transferee, EPLO below.

**TRANSFEROR:**

Print name: Derry L Brinley
Signature: [signature]
Corrected address (if reg.): 2367 E. 1370 S. Spanish Fork, UT 84660
Phone: (801) 510-7244
Email:
TITLE: Psychiatrist
Date: 12-22-09

**TRANSFEREE:**

Eplo

1939 S 1100 E

Salt Lake City, Utah 84106

Signature [signature]

Mike T Trustee